UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.**, as Broadcast Licensee of the **November 14, 2009, Pacquaio/Cotto** Broadcast,

    Plaintiff,

-against-

ROY CHRISTOPHER TOOKES, Individually, and d/b/a 258 SPORTS BAR,

    Defendants.

---

**ORDER OF DISMISSAL**
Civil Action No. 4:10-CV-00101-H

The above-styled and numbered cause of action having been filed with the Court, and the plaintiffs' motion for dismissal dated June 29, 2011 having been considered it is, therefore,

**ORDERED** that the above matter be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and it is further,

**ORDERED** this 23rd day of August, 2011

                              _/s/ Malcolm J. Howard_
                              HON. MALCOLM J. HOWARD
                              Senior United States District Judge