UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | **JUDGMENT** |
| as Broadcast Licensee of the | ) | |
| November 14, 2009, Pacquaio/Cotto | ) | No. 4:10-CV-101-H |
| Broadcast, | ) | |
|     Plaintiff | ) | |
|     v. | ) | |
| | ) | |
| ROY CHRISTOPHER TOOKES, | ) | |
| Individually, and d/b/a 258 SPORTS | ) | |
| BAR, | ) | |
|     Defendant. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of plaintiffs' motion to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's motion to dismiss is granted and this matter is dismissed without prejudice and without costs to either party.**

This Judgment Filed and Entered on August 24, 2011 with service on:

Anthony E. Flanagan (via cm/ecf Notice of Electronic Filing)
Roy C. Tookes (via US Mail), 104 Tara Place, Jacksonville, NC 28540

Date: August 24, 2011

                                             DENNIS P. IAVARONE, CLERK
                                             /s/ Delsia Heath
                                             (By): Delsia Heath, Deputy Clerk